Mark S. GRIFFIN, Plaintiff–Appellant,

v.

SUMMIT PACKAGING OF SIERRA NEVADA, INC., Defendant–Appellee.

No. 00–16327.

D.C. No. CV–99–00327–HDM.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 8, 2001.*

Decided Nov. 21, 2001.

Before HAWKINS and TASHIMA, Circuit Judges, and WILKEN,** District Judge.

MEMORANDUM ***

Plaintiff Griffin offered no persuasive evidence of disparate treatment, retaliation or a hostile work environment. Whatever evidence of disparate treatment or retaliation he did offer was conclusively rebutted by his employer when it uncontestedly showed that Griffin would have been retained but for his refusal to stop running a competing business during his employment. Further, Griffin was never the subject of intimidation, ridicule or insult on account of his gender, thus failing to satisfy the objective prong of a hostile work environment claim. There was no genuine issue of material fact remaining and the defendant was entitled to judgment as a matter of law on all of Griffin's claims.

Consequently the grant of summary judgment to Summit–Nevada is AFFIRMED.

---

* The panel finds this case appropriate for submission without oral argument pursuant to Fed. R.App. P. 34(a)(2).

** Honorable Claudia Wilken, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.